**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Ulises ROBLES–VILLARREAL,
Defendant—Appellant.**

No. 01–50295.

D.C. No. CR–01–00017–NMM–01.

United States Court of Appeals,
Ninth Circuit.

---

Submitted June 10, 2002.*

Decided June 19, 2002.

Before RYMER, T.G. NELSON, and THOMAS, Circuit Judges.

MEMORANDUM**

Ulises Robles–Villarreal appeals the sentence imposed following his guilty plea to one count of possession with intent to distribute cocaine, in violation of 21 U.S.C. § 841(a)(1). Robles–Villarreal contends that *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), requires that drug quantity be pled and proven beyond a reasonable doubt even if the sentence imposed does not exceed the statutory maximum. This contention, as Robles–Villarreal acknowledges, is foreclosed. *United States v. Gill,* 280 F.3d 923, 931 (9th Cir.2002).

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

